# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RYAN MACIAS, | Case No. 1: 25-cv-01980-JLT-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE AND READINESS FOR THE INITIAL SCHEDULING CONFERENCE |
| v. | |
| PILOT TRAVEL CENTERS LLC, et al., | **FEBRUARY 13, 2026 DEADLINE** |
| Defendants. | |

Plaintiff commenced this action on October 28, 2025, in California Superior Court, Tulare County. (ECF No. 1.) On December 22, 2025, Defendant Pilot Travel Centers LLC removed this action. (Id.) A scheduling conference is currently set for March 5, 2026. (ECF No. 2.) From the state-court documents, and a review of the docket herein, Plaintiff has not filed service documents regarding Defendant Janice Gregg.

Rule 4(m) provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The order setting the scheduling conference in this matter additionally provides that: "plaintiff shall diligently pursue service of the summons and complaint and dismiss those defendants against whom the plaintiff will not pursue claims . . .

1

[and] plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service." (ECF No. 2, p. 1.)

Accordingly, IT IS HEREBY ORDERED that **no later than February 13, 2026**, Plaintiff shall file a status report regarding the status of service on Defendant Janice Gregg and whether the Court should continue the initial scheduling conference. If necessary, Plaintiff shall concurrently move for an extension to complete service. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this Defendant.

IT IS SO ORDERED.

Dated: __**February 6, 2026**__                          _____

STANLEY A. BOONE
United States Magistrate Judge

2