# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RYAN MACIAS, | Case No. 1:25-cv-01980-JLT-SAB |
| Plaintiff, | ORDER RE: STIPULATION TO STAY CASE PENDING MEDIATION |
| v. | (ECF No. 17) |
| PILOT TRAVEL CENTERS LLC, et al., | |
| Defendants. | |

On February 18, 2026, the parties filed a stipulation for temporary stay of this action. (ECF No. 17.) The parties proffer that during their meet and confer, the parties agreed to mediate the matter with a mutually agreed upon mediator to be determined. The parties therefore stipulate that this matter be stayed through August 12, 2026. The Court finds good cause to grant the request. Absent good cause, no extension of the stay will be granted.

Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The stipulated request for a temporary stay (ECF No. 17) is GRANTED;

2. This action is STAYED through August 12, 2026;

3. The parties are DIRECTED to file a joint status report **on or before August 12, 2026,** informing the Court of the status of the mediation; and

4. All pending court dates, including the scheduling conference set for March 5, 2026

(ECF No. 2), are VACATED, subject to resetting upon notice to the Court.

IT IS SO ORDERED.

Dated:   **February 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2