# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RYAN MACIAS,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-01980-JLT-SAB<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT REGARDING MEDIATION<br><br>(ECF No. 18)<br><br>**AUGUST 21, 2026 DEADLINE** |

On February 18, 2026, the parties filed a stipulation for temporary stay of this action to mediate the matter with a mutually agreed upon mediator. (ECF No. 17.) On February 20, 2026, the Court granted the stipulation and directed the parties to file a joint status report on or before August 12, 2026, informing the Court of the status of the mediation. (ECF No. 18.) The deadline has now passed, and the parties have not filed a joint status report.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, the Court DIRECTS the parties to file a joint status report by **August 21, 2026**. Should the parties fail to comply with this order, the Court will consider imposing sanctions.

IT IS SO ORDERED.

Dated: **August 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge