# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RYAN MACIAS,<br><br>Plaintiff,<br><br>v.<br><br>PILOT TRAVEL CENTERS LLC, et al.,<br><br>Defendants. | Case No. 1:25-cv-01980-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 20)<br><br>**SEPTEMBER 23, 2026 DEADLINE** |

On August 21, 2026, the parties filed a joint status report regarding their mediation efforts. In the report, the parties indicated that they have settled this case and that dispositional documents[1] shall be filed within 30 days. (ECF No. 20.)

Accordingly, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED. Plaintiff shall file, or ensure the filing of, dispositional documents no later than **September 23, 2026**. Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **August 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] For clarity, the parties will need to file a stipulation of dismissal, not a notice of voluntary dismissal as they indicated in their report. See Fed. R. Civ. P. 41(a)(1); (ECF No. 1-2 p. 60-72.)