# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER RYAN MACIAS,

Plaintiff,

v.

PILOT TRAVEL CENTERS LLC, et al.,

Defendants.

Case No. 1:25-cv-01980-JLT-SAB

ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO FILE DISPOSITIONAL DOCUMENTS BY COURT ORDERED DEADLINE

**DEADLINE: SEPTEMBER 30, 2026**

On August 21, 2026, the parties filed a joint status report indicating that this matter had settled. (ECF No. 20.) The Court issued an order setting a deadline to file dispositional documents by September 23, 2026. (ECF No. 21.) That deadline has now passed, and Plaintiff has failed to file such documents or otherwise request an extension of time to do so.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000). The Court shall require Plaintiff to show cause why sanctions should not be issued for the failure to file dispositional documents in compliance with the Court's order.

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff show cause, in writing, by **September 30, 2026**, why sanctions should not issue for the failure to file dispositional documents by the deadline required by the August 24, 2026 order. (ECF No. 21.) Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: **September 24, 2026**

STANLEY A. BOONE
United States Magistrate Judge